**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

MOHAMMED NAZIR BIN LEP,

    Petitioner,

       v.

JOSEPH R. BIDEN et al.,

    Respondents.

Civil Action No. 20-3344 (JDB)

---

## AMENDED SCHEDULING ORDER

Upon consideration of [108] respondents' consent motion to revise scheduling order deadlines, and the entire record herein, it is hereby **ORDERED** that the following schedule shall govern future proceedings:

1. Respondents shall respond to [107] petitioner's discovery motion and file any other motions regarding petitioner's motion by not later than April 29, 2022.

2. Petitioner shall file his reply in further support of [107] his discovery motion and his response to respondents' other motions by not later than June 3, 2022.

3. Respondents shall file their reply in further support of their other motions by not later than June 17, 2022.

**SO ORDERED.**

                           /s/
                        JOHN D. BATES
                  United States District Judge

Dated: <u>April 6, 2022</u>